# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 17-21960M |
| Pedro Gomez-Diaz | Citizenship: MEXICO |

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
COUNT 1: On or about March 21, 2017, at or near Itak, Arizona, in the District of Arizona, Pedro GOMEZ-Diaz, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Del Rio, Texas, Intl Bridge on November 2, 2015, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a), enhanced by Title 8, United States Code, Section 1326 (b) (1). COUNT 2: That on or about March 21, 2017, at or near Sasabe, Arizona, in the District of Arizona, Pedro GOMEZ-Diaz, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

   Pedro GOMEZ-Diaz is a citizen of Mexico. On November 2, 2015, Pedro GOMEZ-Diaz was lawfully denied admission, excluded, deported, and removed from the United States through Del Rio, Texas, Intl Bridge. On March 21, 2017, agents found Pedro GOMEZ-Diaz in the United States at or near Itak, Arizona. Pedro GOMEZ-Diaz did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. Pedro GOMEZ-Diaz, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Pedro GOMEZ-Diaz admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on March 21, 2017, at or near Sasabe, Arizona.

File Date: 03/22/2017

at Tucson, Arizona

Christopher Rueda, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 03/22/2017

**Bruce G. Macdonald**
**United States Magistrate Judge**