1          IN THE UNITED STATES DISTRICT COURT

2                   DISTRICT OF ARIZONA

3

4    United States of America        CR-17-862-TUC-RCC(BGM)

5    vs.

6    Pedro Gomez-Diaz,                     March 22, 2017
                                             1:33 p.m.
7              Defendant.              Tucson, Arizona
    _____

8

9         OFFICIAL TRANSCRIPT OF PROCEEDINGS

10        OPERATION STREAMLINE PROCEEDING

11    BEFORE THE HONORABLE BRUCE G. MACDONALD
            UNITED STATES MAGISTRATE JUDGE

12

13              A P P E A R A N C E S

14   For the Government:

15        Christopher Lewis
          United States Attorney's Office
16        405 West Congress
          Tucson, Arizona 85701

17

18   For the Defendant:

19        Diana Erendira Castillo-Reina
          Office of Erendira Castillo
20        P.O. Box 86644
          Tucson, Arizona 85754

21

22        PROCEEDINGS WERE DIGITALLY RECORDED

23

24    TRANSCRIBED BY:  ERICA R. McQUILLEN, RDR, CRR
            405 West Congress, Suite 1500
25             Tucson, Arizona 85701
                 (520) 205-4267

```
 1              P R O C E E D I N G S
 2          THE CLERK:  When your name is called,
 3  please come forward with your attorney to the
 4  microphone for a status hearing.
 5          17-21960M, United States of America vs.
 6  Pedro Gomez-Diaz.
 7          Counsel, state your appearance.
 8          MR. LEWIS:  Good afternoon, Your Honor.
 9  Christopher Lewis on behalf of the United States.
10          Your Honor, this matter requires a
11  continuance for a Tzotzil interpreter.  However, I
12  believe we can proceed with an initial.
13          THE COURT:  Yeah, I'm reluctant to do the
14  initial if there is a language issue, so I think
15  we're going to continue the whole thing.
16          MR. LEWIS:  Yes, Your Honor.
17          MS. CASTILLO-REINA:  It's not working at
18  all.  Not that it matters --
19          THE COURT:  And that's okay --
20          MS. CASTILLO-REINA:  -- but he does
21  understand a significant amount of Spanish, Your
22  Honor.
23          THE COURT:  Yeah.
24          MS. CASTILLO-REINA:  And I understand the
25  Court doesn't want to go forward, but I think it
```

1   would be helpful if --

2            THE CLERK:  Let's hold on until he gets a

3   headset.

4            THE COURT:  He's got to get his headset

5   on.

6            Go ahead, Ms. Castillo.  I'm sorry.

7            MS. CASTILLO-REINA:  Good afternoon, Your

8   Honor.  Erendira Castillo for Mr. Pedro Gomez-Diaz.

9            Your Honor, I am requesting an opportunity

10  to represent Mr. Gomez-Diaz with a Tzotzil

11  interpreter.  He does have a prior conviction.

12  However, the records indicate in that case that he

13  had a Tzotzil interpreter for that proceeding as

14  well.

15            THE COURT:  Okay.  And I know that maybe

16  we could do the initial appearance, detention, and

17  preliminary hearing.  Given the language issue, I

18  think we're going to continue Mr. Gomez's matter.

19            We'll set it for an initial

20  appearance, detention hearing, preliminary

21  hearing, or a plea to Count 2, and that's going to

22  be set for April 25th at 9:30 a.m., and that's

23  going to be in front of me, but we'll be in

24  courtroom 5F.

25            Okay?

1          MS. CASTILLO-REINA:  Thank you, Judge.

2          THE COURT:  Mr. Lewis, anything further

3   from the Government?

4          MR. LEWIS:  Nothing further in this

5   matter, Your Honor.

6          THE COURT:  Okay.  Thank you.

7          Ms. Castillo, anything further?

8          MS. CASTILLO-REINA:  No, sir.

9          THE COURT:  Okay.  Thank you very much.

10          So Mr. Gomez, you will be excused.  Thank

11   you.

12          (Proceedings concluded in this matter at

13          1:35 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, Erica R. McQuillen, do hereby certify that the preceding pages of typewritten matter are a true, correct, and complete transcription of the digital recording of proceedings in the above-entitled matter.

Dated this 4th day of August, 2017.


                         s/Erica R. McQuillen
                    Erica R. McQuillen, RDR, CRR


            145-6789