```
 1              IN THE UNITED STATES DISTRICT COURT

 2                     DISTRICT OF ARIZONA

 3

 4  United States of America      CR-17-862-TUC-RCC(BGM)

 5  vs.

 6  Pedro Gomez-Diaz,                       April 25, 2017
                                                9:59 a.m.
 7              Defendant.                  Tucson, Arizona
    _____

 8

 9          OFFICIAL TRANSCRIPT OF PROCEEDINGS

10                   STATUS HEARING

11      BEFORE THE HONORABLE BRUCE G. MACDONALD
              UNITED STATES MAGISTRATE JUDGE
12

13              A P P E A R A N C E S

14  For the Government:

15      Christopher Lewis
        United States Attorney's Office
16      405 West Congress
        Tucson, Arizona 85701
17

18  For the Defendant:

19      Diana Erendira Castillo-Reina
        Office of Erendira Castillo
20      P.O. Box 86644
        Tucson, Arizona 85754
21

22          PROCEEDINGS WERE DIGITALLY RECORDED

23

24     TRANSCRIBED BY:  ERICA R. McQUILLEN, RDR, CRR
              405 West Congress, Suite 1500
25                Tucson, Arizona 85701
                    (520) 205-4267
```

```
 1                P R O C E E D I N G S
 2           THE CLERK:  And Judge, right now the Case
 3   No. is M-17-21960, United States of America vs.
 4   Pedro Gomez-Diaz, and it is scheduled now for an
 5   initial appearance, a detention hearing, and a
 6   plea.
 7           Counsel, please state your appearances for
 8   the record.
 9           MR. LEWIS:  Good morning, Your Honor.
10   Christopher Lewis on behalf of the United States.
11           MS. CASTILLO-REINA:  Good morning, Your
12   Honor.  Erendira Castillo for Mr. Gomez-Diaz.  He
13   is present, in custody, being assisted by Dr. John
14   Haviland in the Tzotzil language.
15           THE INTERPRETER:  Good morning, Your
16   Honor.  This is John Haviland.  Nice to work with
17   you again.
18           THE COURT:  Thank you.  Good afternoon --
19   or good morning, Dr. Haviland.  We appreciate your
20   patience.
21           THE INTERPRETER:  Thank you.
22           THE COURT:  And good morning, Mr. Gomez.
23           THE DEFENDANT:  I'm very well, thank you.
24   I'm very well, thank you.
25           THE COURT:  And Mr. Gomez, my name is
```

1  Bruce Macdonald.  I'm a magistrate judge, and I'm
2  going to be conducting your proceeding this
3  morning.
4          THE DEFENDANT:  Thank you.
5          THE COURT:  And we're first going to do a
6  brief initial appearance, Mr. Gomez.
7          THE DEFENDANT:  Okay.  Thank you.
8          THE COURT:  Because you have been charged
9  with a criminal offense, you do have certain
10 rights.  You have the right to have an attorney.
11         THE DEFENDANT:  Yes, I've been told that
12 I've been accused of a crime.
13         THE COURT:  And you do have the right to
14 have an attorney appointed to represent you at no
15 cost to you.  Ms. Castillo has been appointed to
16 represent you.
17         THE DEFENDANT:  Okay.  Thank you.
18         THE COURT:  You also have a right to be
19 advised of the charges that have been filed against
20 you, and it's my understanding you have been so
21 advised.
22         THE DEFENDANT:  Yes, I understand.  I have
23 heard about that.
24         THE COURT:  Dr. Haviland, we're just doing
25 some paperwork.  That's why there's a delay.

1          THE DEFENDANT:  Okay.
2          THE COURT:  And Mr. Gomez, because you are
3  pleading guilty to a felony, you do have the right
4  to have this hearing before a district judge.
5          THE DEFENDANT:  Okay.  I understand.
6  Thank you.
7          THE COURT:  I do have a consent form in
8  front of me that has your signature on it.  This
9  consent --
10         THE INTERPRETER:  Sorry.  Go ahead.
11         THE COURT:  No, that's okay.  Go ahead.
12  I'm sorry.
13         THE DEFENDANT:  Yes.
14         THE COURT:  This consent form authorizes
15  me to conduct your hearing today instead of the
16  district judge.
17         THE DEFENDANT:  Thank you.  I understand.
18         THE COURT:  And do you want me to accept
19  your consent and conduct your hearing today?
20         THE INTERPRETER:  Your Honor, he's telling
21  me that he doesn't quite understand what his
22  choices are here.
23         THE COURT:  Okay.  And let me explain
24  then, Mr. Gomez.  What your choices are is, because
25  you are pleading guilty to a felony, you have the

1  right to have this hearing before a district judge,
2  who is a higher-ranking judge than I am.
3              THE INTERPRETER:  "I think I would prefer
4  a district judge," he says.
5              MS. CASTILLO-REINA:  May I explain it to
6  him?
7              THE COURT:  Sure.
8              (A discussion was had off the record
9              between defense counsel and the
10             defendant.)
11             THE INTERPRETER:  "I understand now," he
12 says.
13             THE COURT: And Mr. Gomez, do you want me
14 to accept your consent, and do you want me to
15 conduct your hearing today?
16             THE DEFENDANT:  I would prefer to wait.
17             THE COURT:  Okay.  So if Mr. Gomez would
18 like to have his plea in front of a district judge
19 and not in front of a magistrate judge, we're going
20 to have to -- we're going to go ahead and do a
21 detention hearing.
22             Mr. Lewis, what is the Government's
23 position on detention?
24             MR. LEWIS:  Your Honor, the Government
25 would ask the Court to accept the recommendation

1  contained in the pretrial services report and to
2  hold Mr. Gomez-Diaz in detention.
3          THE DEFENDANT:  Will I be waiting a long
4  time?
5          THE COURT:  Ms. Castillo, do you wish to
6  be heard on detention?
7          MS. CASTILLO-REINA:  Your Honor, the
8  pretrial services report recommends detention based
9  on Mr. Gomez-Diaz being a flight risk because he
10 has no ties to the United States.  At this time we
11 would go ahead and submit on the report.
12         THE COURT:  I am going to grant the
13 Government's motion for detention.  I do find there
14 is a risk of nonappearance.
15         And we're going to stop for a moment.
16 Dr. Haviland, it's my understanding you're getting
17 on a plane; is that correct?
18         THE INTERPRETER:  Unfortunately, Your
19 Honor, that's correct, in about -- let's see.
20 Well, I have about an hour-and-a-half or so before
21 it actually departs, but I'm on my way to the
22 airport at this moment.
23         THE COURT:  So we're going to go back on
24 the record after my sidebar with Mr. Haviland.
25         Ms. Castillo, my suggestion would be

1  maybe, if you have an opportunity to spend some
2  more time with Mr. Gomez, with the assistance of
3  Dr. Haviland, that maybe we can reset this for
4  another time, and then Mr. Gomez can decide whether
5  he wants me to do his change of plea or if he does,
6  in fact, want it to be done in front of the
7  district judge.
8          I believe -- well, I don't know who that
9  will be.
10         MS. CASTILLO-REINA:  Your Honor, I believe
11 that would be Judge Zipps.  I don't know if it
12 would be possible to file the waiver of indictment.
13 What I'd prefer, if possible, is I've already spent
14 some time with Dr. Haviland and Mr. Gomez.  I
15 believe there is an issue because of the telephonic
16 nature of the interpretation.
17         As I mentioned to Mr. Lewis earlier, I
18 felt that Mr. Gomez-Diaz is confused, and he's
19 having a hard time comprehending, but I believe
20 it's because of the language issue.  So what I'd
21 like to do is actually ask for a preplea PSR and
22 try to do a change of plea and sentencing before
23 the district court.
24         THE DEFENDANT:  Thank you.
25         THE COURT:  Mr. Lewis?

1           MR. LEWIS:  The Government has no
2    objection, Your Honor.
3           THE COURT:  So what I'm going to do, we're
4    just going to vacate the hearing, and I'll let you
5    file something with the district judge.
6           MS. CASTILLO-REINA:  Okay.  Thank
7    you, Your Honor.
8           THE COURT:  You're welcome.
9           So Dr. Haviland, we are going to vacate
10   today's hearing.  We appreciate your time, and
11   we're sorry for some of the --
12          THE INTERPRETER:  -- technical glitches.
13          Your Honor if we're just briefly off the
14   record, I may just comment that the notion of a
15   magistrate judge versus district judge, since it
16   has no counterpart at all in any Tzotzil legal
17   institutions, I've translated it in a way that
18   usually has worked in the past.
19          So I've used the -- basically the -- I
20   guess we'd call it the English metaphor of "older
21   brother judge" as opposed to "younger brother
22   judges," which is a very familiar concept to most
23   Tzotzil people who often have similar authorities
24   in pairs of a senior and a junior member.
25          So I have a feeling that Ms. Castillo is

1  probably right that he hasn't fully understood what
2  that difference would be, since I remember this is
3  the first time we've really talked about it in
4  detail.
5          THE COURT:  Right.  I understand, and --
6  and I guess we probably need to address the
7  preliminary hearing as well.
8          And so Ms. Castillo, does Mr. Gomez waive
9  a preliminary hearing?
10         MS. CASTILLO-REINA:  Yes, Your Honor.  Am
11 I going to have to file a motion to waive
12 indictment, or is that waiver of indictment going
13 to be something that --
14         THE COURT:  I think you should probably --
15 sorry.  We need to let Dr. Haviland translate.
16         THE INTERPRETER:  "Okay.  Thank you," he
17 says.
18         THE COURT:  And Ms. Castillo, my
19 preference is it all just be done in front of Judge
20 Zipps.  I think it'll be easier that way.
21         MS. CASTILLO-REINA:  I -- yeah.  My only
22 -- my only question is, Your Honor, may we proceed
23 on that Information, or do I need to file a motion
24 to waive a formal indictment?  If we could lodge
25 that and file that, that way I have a WI number.

1  Otherwise, I need Dr. Haviland's assistance to go
2  through this whole waiver issue again.
3           THE COURT:  We will file these, and then
4  it will be assigned to Judge Zipps.
5           MS. CASTILLO-REINA:  Okay.  Thank you,
6  Your Honor.
7           THE COURT:  So Dr. Haviland, we are I
8  believe done.
9           Well, let me -- Mr. Lewis, is there
10 anything further from the Government?
11          MR. LEWIS:  Nothing further from the
12 Government, Your Honor.
13          THE COURT:  Ms. Castillo, anything
14 further?
15          MS. CASTILLO-REINA:  Not on the record,
16 Your Honor, but I need Dr. Haviland's assistance to
17 see when he would be available so I can set a
18 hearing before Judge Zipps.
19          THE INTERPRETER:  I'll be glad to, once we
20 go off the record, to have that conversation.
21          THE COURT:  Okay.  So Dr. Haviland, we are
22 going to go off the record.  I know it's generally
23 your practice that you would like to talk to
24 Mr. Gomez before he is excused, so we're going to
25 allow you to do that.

```
 1             Once again, we appreciate your time today,
 2    and sorry for the confusion.
 3             THE INTERPRETER:  Very kind of you, Your
 4    Honor, and I'll just say goodbye to him and then
 5    carry on.
 6             Thank you, Your Honor.
 7             THE COURT:  Okay.  Dr. Haviland, have a
 8    safe trip.  We appreciate your time.
 9             THE INTERPRETER:  Thank you.
10             THE COURT:  Okay.  Bye-bye.
11             (Proceedings concluded in this matter at
12             10:19 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

     I, Erica R. McQuillen, do hereby certify that the preceding pages of typewritten matter are a true, correct, and complete transcription of the digital recording of proceedings in the above-entitled matter.

     Dated this 4th day of August, 2017.


                                     s/Erica R. McQuillen
                             Erica R. McQuillen, RDR, CRR