ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

CHRISTOPHER J. LEWIS
Special Assistant U.S. Attorney
Arizona State Bar # 017329
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: christopher.lewis3@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>**PEDRO GOMEZ-DIAZ**,<br><br>　　　　　　Defendant. | **17-862- RCC**<br><br>**MOTION TO DISMISS INDICTMENT** |

　　　　Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of this Court, the United States Attorney for the District of Arizona, through undersigned counsel hereby moves the court to dismiss the above-captioned indictment against the named defendant, without prejudice.  The defendant requires the services of a Tzotzil language interpreter who will not be available to the court without excessive delay to the proceedings.  This motion is made in the interest of justice and judicial economy. The government requests an order immediately releasing the defendant from further custody in this criminal matter.

　　　　Respectfully submitted this 24 August 2017.

　　　　　　　　　　　　　　　　　　　　　ELIZABETH A. STRANGE
　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　　　　　　District of Arizona
　　　　　　　　　　　　　　　　　　　　　*/s/ Christopher J. Lewis*
　　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means,
this 27th day of January, 2017 to:  Attorney for Defendant, Diana E. Castillo-Reina, Esq.