1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8

9 United States of America,                CR-17-00862-TUC-RCC(BGM)

10           Plaintiff,                     **ORDER**

11 v.

12 Pedro Gomez-Diaz,

13           Defendant.

14

15

16      The Court having considered the United States; Motion to Dismiss the Indictment

17 (Doc. 33) and finding good cause therefrom;

18      **IT IS ORDERED** the Indictment is DISMISSED WITHOUT PREJUDICE.

19      **IT IS FURHTER ORDERED** the Motion to Dismiss Indictment (Doc. 14) and

20 Motion to Rescind Referral to Magistrate Judge (Doc. 20) are MOOT.

21      **IT IS FURTHER ORDERED** the Jury Trial scheduled for 10/3/2017 at 9:30 a.m.

22 before Chief Judge Raner C. Collins and the Motion Hearing scheduled for 8/29/2017 at

23 9:00 a.m. before Magistrate Judge Bruce G. Macdonald are VACATED.

24
25
26
27
28

1      **IT IS FURTHER ORDERED** the defendant be immediately released from

2   criminal custody in this matter.

3          Dated this 25th day of August, 2017.

4

5   _____

6                     Honorable Raner C. Collins
                      Chief United States District Judge

7

8
    cc: USM
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28